# In The United States Court of Federal Claims

No. 12-786C

(Filed: January 15, 2013)

_____

KEVCON, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On January 14, 2013, defendant filed an unopposed motion for an enlargement of 42 days in which to file a response to the complaint. The motion is hereby **GRANTED**, in part; defendant shall instead have an enlargement of 60 days. Accordingly, on or before March 19, 2013, defendant shall file its response to the complaint. **No further enlargements of this deadline will be granted**.

       **IT IS SO ORDERED.**

                                                 s/ Francis M. Allegra
                                                 Francis M. Allegra
                                                 Judge